No. 591. CLEVELAND v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. *John R. Snively* for petitioner.

No. 596. ILLMAN v. TOLEDO BAR ASSN. Sup. Ct. Ohio. Certiorari denied. *Nelson Lancione* for petitioner. *Charles E. Ide, Jr.,* for respondent.

No. 600. BAMBULAS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Charles A. Bellows* for petitioner.

No. 619. MANCHESTER BAND OF POMO INDIANS, INC. v. ZIRPOLI, U. S. DISTRICT JUDGE. C. A. 9th Cir. Certiorari denied. *George F. Duke* for petitioner. *Solicitor General Griswold, Assistant Attorney General Kashiwa, Edmund B. Clark,* and *Jacques B. Gelin* for respondent.

No. 622. PIZZARELLO v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. *James G. Starkey* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States et al.

No. 624. RAY SMITH TRANSPORT Co. v. SCHULTZ, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied. *T. S. Christopher* for petitioner. *Solicitor General Griswold* and *Bessie Margolin* for respondent.

No. 626. FARLEY v. KRAMER, JUDGE, ET AL. Sup. Ct. App. W. Va. Certiorari denied. *Stanley E. Preiser* for petitioner.